### FLAGG *v.* THE STATE.

LUMPKIN, J. The verdict was supported by the evidence, and there was no error in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*
JUNE 11, 1913.

Indictment for rape. Before Judge Thomas. Bibb superior court. March 29, 1913.

*W. D. McNeil,* for plaintiff in error. *T. S. Felder, attorney-general,* and *John P. Ross, solicitor-general,* contra.